THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  *v.* HYMAN EDELSTEIN, Appellant.

*People* v. *Edelstein,* 169 App. Div. 967, affirmed.
(Argued May 29, 1916; decided June 13, 1916.)

APPEAL from an order of Appellate Division of the
Supreme Court in the second judicial department, entered
June 17, 1915, which affirmed a judgment of the Kings
County Court rendered upon a verdict convicting the
defendant of the crime of extortion.

*Martin T. Manton* for appellant.

*Harry E. Lewis, District Attorney (Harry G. Ander-
son* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
  Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, CARDOZO and SEABURY, JJ.